IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

JOHN DAVID                                                                                              PLAINTIFF

Vs.                                        CASE NO.  4:10cv01415 JMM

JPMORGAN CHASE & COMPANY. and
CHASE BANK USA, N.A.              .                                               DEFENDANTS

## ORDER

Based on Plaintiff's status report (DE #5), the above case will remain stayed pending the resolution of the *Kardonick* appeal.

Counsel is directed to file a status report in ninety (90) days or upon resolution of the appeal.

IT IS SO ORDERED this 31st day of October, 2011.

_____
UNITED STATES DISTRICT JUDGE