IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

JOHN DAVID, individually and on behalf
of all others similarly situated                                                    PLAINTIFFS

V.                                        NO. 4:10CV01415

JPMORGAN CHASE & CO. and
CHASE BANK USA, N.A.                                                              DEFENDANTS

## ORDER

    Pursuant to Plaintiff's notice of withdrawal of counsel, docket # 7, Marcus Bozeman will be withdrawn as an attorney of record for Plaintiff. All other counsel will remain the same.

    IT IS SO ORDERED this 28th day of November, 2011.

_____
James M. Moody
United States District Judge