IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**JOHN DAVID, individually and on behalf**
**of all others similarly situated**                                                         **PLAINTIFFS**

**V.**                                       **NO. 4:10CV01415**

**JPMORGAN CHASE & CO. and**
**CHASE BANK USA, N.A.**                                                                    **DEFENDANTS**

## ORDER OF DISMISSAL WITHOUT PREJUDICE

Pending is Plaintiff's motion to dismiss without prejudice. (Docket # 10). The motion is GRANTED. The Court having considered all matters submitted to it, and finding no just reason for delay in entry of this Order of Dismissal:

It is hereby ORDERED, ADJUDGED AND DECREED as follows:

This Court hereby dismisses, without prejudice, this action without costs to any party, except as expressly provided for in the Settlement Agreement.

The Clerk is directed to close this case.

IT IS SO ORDERED this 31st day of August, 2012.

_____
James M. Moody
United States District Judge